**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

**MEGAN SPARKS and THOMAS
FLETCHER,**

     *Plaintiffs*,

    **v.**

**BOOM BOOM RESTAURANTS, LLC,
SISTER LOUISA ATHENS, LLC,
GRANT HENRY, and O. JON MCRAE,**

     *Defendants***.**

**CIVIL ACTION FILE NO.
3:21-CV-00005-CDL**

## ORDER

The parties have filed a motion pursuant to the Fair Labor Standards Act, 29

U.S.C. §201 *et. seq*. asking the Court to approve their settlement agreement .

Having reviewed the proposed settlement agreement, the Court finds it to be fair

and reasonable and to meet all legal requirements.  *See  Lynn's Food Stores, Inc. v.*

*United States,* 679 F.2d 1350 (11ᵗʰ Cir. 1982).  Accordingly, it is approved, and

this action is dismissed with prejudice.  Defendants shall pay Plaintiffs' attorneys'

fees and court costs in an amount agreed to by the Parties in the settlement

agreement.   The Court shall retain jurisdiction for enforcement purposes.

The Court understands that the settlement agreement has previously been

docketed with public access as part of the parties' motion.  If that is not the case,

the settlement agreement shall be docketed on the public docket within seven days

of today's order.

      This the 20th day of August, 2021.

> S/Clay D. Land
> CLAY D. LAND
> U. S. DISTRICT COURT JUDGE
> MIDDLE DISTRICT OF GEORGIA