IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MEGAN SPARKS and THOMAS FLETCHER, | * |
| Plaintiffs, | * |
| v. | Case No.   3:21-cv-5-CDL |
| | * |
| BOOM BOOM RESTAURANTS, LLC, SISTER LOUISA ATHENS, LLC, GRANT HENRY, and O. JON MCRAE, | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated August 20, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of August, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk